## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| LARRY CASCHETTA ) | Chapter 13 Proceedings |
| VICKIE CASCHETTA ) | Case No. 07-22416 JPK |
| Debtor(s) ) | |

### AMENDED
### TRUSTEE'S VERIFIED MOTION FOR
### RULE TO SHOW CAUSE

Comes now the Standing Chapter 13 Trustee, Paul R. Chael, and says:

On April 12, 2010, this Court entered an Order for Substitution of Collateral stating, in part, that Creditor, Santander Consumer USA Inc. was to release its lien on the damaged vehicle so the title can be delivered to the insurance company for salvage, a copy of which is attached as **Exhibit A**. On May 20, 2010, the Order was emailed, by the Trustee's office, to Eddie Castillo at Santander requesting that the title be sent to the Trustee's office for forwarding on to the insurance company for salvage purposes. On May 21, 2010, the Trustee's office again emailed Eddie Castillo. On June 2, after not receiving the title, the Trustee's office again emailed Eddie Castillo requesting an update on the title and as of this date, has not had a response. Copies of the emails are attached hereto as **Exhibit B**.

Wherefore, your affiant prays that Santander Consumer USA Inc., by its Highest Ranking Officer, be ordered to appear before the Court to answer as to why they have not released the title pursuant to this Court's Order dated April 12, 2010.

I affirm under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Dated at Merrillville, Indiana on June 16, 2010.

/s/ Paul R. Chael
Paul R. Chael, Standing Chapter 13 Trustee
Indiana Atty. No. 3881-45
401 W. 84th Drive, Ste. C
Merrillville, Indiana 46410

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee - 100 E. Wayne Street, South Bend, Indiana 46601
Lavita Ball

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor - Larry and Vickie Caschetta, 15743 Stevenson Place, Lowell, IN 46356

Creditor: Santander Consumer USA Inc., c/o its Highest Ranking Officer, P.O. Box 560284, Dallas, TX 75356-0284

Santander Consumer USA Inc., c/o its Registered Agent, CT Corporation System, 350 N. Saint Paul Street, #2900, Dallas, TX 75201-4240

/s/ Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410

Case 07-22416-jpk  Doc 54  Filed 06/16/10  Page 3 of 9
Case 07-22416-jpk  Doc 48  Filed 04/13/10  Page 1 of 2
Case 07-22416-jpk  Doc 45-1  Filed 03/12/10  Page 1 of 2

### IN THE UNITED STATES BANKRUPTCY COURT
### HAMMOND DIVISION
### NORTHERN DISTRICT OF INDIANA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| Larry A Caschetta | ) | Case No: | 07-22416 |
| Vickie Joyce Caschetta | ) | Judge: | J. Philip Klingeberger |
| Debtor(s) | ) | Chapter: | Chapter 13 |
| | ) | | |

### ORDER GRANTING
### DEBTOR'S MOTION TO USE CASH COLLATERAL
### AND REQUIRE SUBSTITUTION OF COLLATERAL

This matter coming before the Court and all interested parties having been given proper notice thereof, and the Court having held a hearing, does hereby find as follows:

1. Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on 09/10/2007.

2. Debtors' Chapter 13 Plan was confirmed on 12/20/2007.

3. Debtors' Confirmed Chapter 13 Plan was scheduled to pay Creditor the principal amount of their claim at 10.25%, whereupon Santander Consumer USA Inc. would release their liens until discharge.

4. In February 2010, Debtors were involved in an auto accident which resulted in a total loss of the 2007 Ford Focus.

5. Chapter 13 Trustee Paul Chael is currently holding $7,640.56 of insurance proceeds.

6. The Debtors require the proceeds being held by Trustee Chael in the amount of $7,640.56 be turned over to Debtor so that Debtor may acquire a replacement automobile.

7. The insurance proceeds should be provided to the Debtors, exclusively for the acquisition of a replacement automobile.

P:\INNB\412581\Motion to Substitute Collateral.docOur Record # 317960

### Exhibit A

Case 07-22416-jpk    Doc 54    Filed 06/16/10    Page 4 of 9
Case 07-22416-jpk    Doc 48    Filed 04/13/10    Page 2 of 2
Case 07-22416-jpk    Doc 45-1    Filed 03/12/10    Page 2 of 2

8. Santander Consumer USA Inc. should be entitled to a lien upon the title of the replacement automobile. Along with any unused portion of the insurance proceeds held by Trustee Chael.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Santander Consumer USA Inc. shall provide a release of their lien on the damaged 2007 Ford Focus.

2. Trustee Chael shall release the proceeds in the amount of $7,640.56 exclusively to the Debtor.

3. Debtors shall promptly acquire a replacement automobile with the proceeds received from American Commerce.

4. Santander Consumer USA Inc. shall be entitled to a lien upon the title to Debtors' replacement vehicle, and the Debtors shall fully cooperate with Santander Consumer USA Inc. efforts to perfect its security interest in the replacement automobile.

5. Debtors shall promptly turn over to the Standing Chapter 13 Trustee, Paul Chael, any unused portion of the insurance proceeds and said funds are to be distributed to Santander Consumer USA Inc.

APR    2 2010

Dated

Judge, US Bankruptcy Court

SERVICE LIST:
Mr. & Mrs. Larry Caschetta, 15743 Stevenson Place, Lowell, IN 46356
Trustee Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN 46410
United States Trustee, One Michiana Square, 100 East Wayne Street Room 555 South Bend, IN 46601.
Santander Consumer USA, Inc., PO Box 560284, Dallas, TX, 75356

P:\INNB\412581\Motion to Substitute Collateral.docOur Record # 317960

**From:** Charlene Hardel
**To:** Castillo, Eddie
**Date:** 5/20/2010 11:09:00 AM
**Subject:** Dilworth 09-24584; Caschetta 07-22416

Good morning. Sorry it took me awhile to send this email. The documents you requested are attached on each case. You will note on Pacer, the Orders requiring Santander to release their liens on the titles. Please let me know when I can expect these titles so the insurance companies will quit calling me.
Thanks.

Charlene Hardel
Legal Assistant to
Paul R. Chael, Chapter 13 Trustee
(219) 650-4015 ext. 224
Fax: (219) 650-4025
Email: charlene@pchael13.com

**Exhibit B**

**From:** Charlene Hardel
**To:** Castillo, Eduardo
**Date:** 5/21/2010 8:30:39 AM
**Subject:** RE: Dilworth 09-24584; Caschetta 07-22416

Thanks for offering to send the titles directly to the insurance company, but in this case, they are two insurance companies I haven't dealt with before, so please just send them to me. You are being a great help.

Charlene Hardel
Legal Assistant to
Paul R. Chael, Chapter 13 Trustee
(219) 650-4015 ext. 224
Fax: (219) 650-4025
Email: charlene@pchael13.com

>>> Eduardo Castillo <ECASTILLO@santanderconsumerusa.com> 5/20/2010 3:57 PM >>>
I do understand, nor am I trying to be a pain. However, we do have to assure, per order; that we are on the new lien. I will work diligently to get these titles to you promptly. If it makes any difference, I can send the titles directly to the insurance company to delay time.

Please advice and thank you in advance for understand and being patient with Santander Consumer USA.


Eduardo Castillo
Santander Consumer USA Inc.
Bankruptcy Specialist


PHONE
817.605.5105
FAX
214.237.3724
EMAIL
ecastillo@santanderconsumerusa.com
WEB
www.santanderconsumerusa.com



-----Original Message-----
From: Charlene Hardel [mailto:charlene@pchael13.com]
Sent: Thursday, May 20, 2010 3:41 PM
To: Eduardo Castillo
Subject: RE: Dilworth 09-24584; Caschetta 07-22416

Hi - I don't mean to be a pain, but the Court ordered Santander to release the liens and send the titles to the Trustee......no mention in the Order of you needing info from the dealerships. I do appreciate you working on these and hopefully I won't get any more calls from the insurance companies before I receive the titles.

Charlene Hardel
Legal Assistant to
Paul R. Chael, Chapter 13 Trustee
(219) 650-4015 ext. 224

Fax: (219) 650-4025
Email: charlene@pchael13.com

>>> Eduardo Castillo <ECASTILLO@santanderconsumerusa.com> 5/20/2010 3:39:00 PM >>>
Hey Charlene,

I will get started on these files first thing tomorrow morning. I have to get a package together for each account, so its just a matter of dealership working with me. Once I have the proper documentation, I will forward you the liens. On a good case scenario, it will take a week to gather the docs and another week to release the titles to you. I will keep you posted.

Thank you,

Eduardo Castillo
Santander Consumer USA Inc.
Bankruptcy Specialist


PHONE
817.605.5105
FAX
214.237.3724
EMAIL
ecastillo@santanderconsumerusa.com
WEB
www.santanderconsumerusa.com


-----Original Message-----
From: Charlene Hardel [mailto:charlene@pchael13.com]
Sent: Thursday, May 20, 2010 11:09 AM
To: Eduardo Castillo
Subject: Dilworth 09-24584; Caschetta 07-22416

Good morning. Sorry it took me awhile to send this email. The documents you requested are attached on each case. You will note on Pacer, the Orders requiring Santander to release their liens on the titles. Please let me know when I can expect these titles so the insurance companies will quit calling me. Thanks.

Charlene Hardel
Legal Assistant to
Paul R. Chael, Chapter 13 Trustee
(219) 650-4015 ext. 224
Fax: (219) 650-4025
Email: charlene@pchael13.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. The information contained in this e-mail is confidential and intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error or there are any problems please notify the originator immediately.

The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden. This mail and any attachments have been scanned for viruses prior to leaving the Santander Consumer USA network. Santander Consumer USA Inc. will not be liable for direct, special, indirect or consequential damages

arising from alteration of the contents of this message by a third party or as a result of any virus being passed on.

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. The information contained in this e-mail is confidential and intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error or there are any problems please notify the originator immediately.

The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden. This mail and any attachments have been scanned for viruses prior to leaving the Santander Consumer USA network. Santander Consumer USA Inc. will not be liable for direct, special, indirect or consequential damages arising from alteration of the contents of this message by a third party or as a result of any virus being passed on.

**From:** Charlene Hardel
**To:** Castillo, Eddie
**Date:** 6/2/2010 9:43:07 AM
**Subject:** Vehicle Titles

Requesting an update on the titles on the following cases:

09-24584 Dilworth
07-22416 Caschetta

Charlene Hardel
Legal Assistant to
Paul R. Chael, Chapter 13 Trustee
(219) 650-4015 ext. 224
Fax: (219) 650-4025
Email: charlene@pchael13.com